PAUL B. DERBY [SBN 211352]
pderby@skiermontderby.com
HAJIR ARDEBILI [SBN 224624]
hardebili@skiermontderby.com
JOHN J. O'KANE IV [SBN 268632]
jokane@skiermontderby.com
SKIERMONT DERBY LLP
800 Wilshire Boulevard, Suite 1450
Los Angeles, California 90017
Telephone:     (213) 788-4500
Facsimile:     (213) 788-4545

Attorneys for Plaintiffs
ELJAY TRUST UA 10/25/1993, et al.

ORRICK, HERRINGTON & SUTCLIFFE LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:     415-773-5759

Attorneys for Defendants
BLC SECURED CREDIT PARTNERS II LP, BRIDGE LANE PARTNERS GP II LLC, and BRIDGE LANE CAPITAL LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELJAY TRUST UA 10/25/1993, a Colorado revocable trust; et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BLC SECURED CREDIT PARTNERS II LP, a Delaware limited partnership; et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:18-cv-00710-LB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Ctrm:　C, 15th Floor<br>Judge:　Honorable Laurel Beeler |

Plaintiffs ELJAY Trust UA 10/25/1993, et al. (collectively, "Plaintiffs") and Defendants BLC Secured Credit Partners II LP, Bridge Lane Partners GP II LLC, and Bridge Lane Capital LLC (collectively, "Defendants") (all, collectively, the "Parties") hereby jointly notify this Court that, as a result of their mediation before the Honorable Shira A. Scheindlin (Ret.), on September 14, 2018, the Parties reached a confidential, global settlement of this matter. The Parties have already executed a long-form settlement agreement, are performing their respective obligations under that agreement, and, in accordance therewith, will file a voluntary dismissal of the action, with prejudice, by November 14, 2018.

Accordingly, the Parties respectfully request that the Court vacate all existing dates, including the Case Management Conference currently scheduled for October 25, 2018.

Dated: October 18, 2018        SKIERMONT DERBY LLP

                               By:  _/s/ Hajir Ardebili_
                                    HAJIR ARDEBILI

                               Attorneys for Plaintiffs
                               ELJAY TRUST UA 10/25/1993, et al.


Dated: October 18, 2018        ORRICK, HERRINGTON & SUTCLIFFE LLP

                               By:  _/s/ Clement S. Roberts_
                                    CLEMENT S. ROBERTS

                               Attorneys for Defendants
                               BLC SECURED CREDIT PARTNERS II LP,
                               BRIDGE LANE PARTNERS GP II LLC, and
                               BRIDGE LANE CAPITAL LLC

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Hajir Ardebili, attest that concurrence in the filing of this document has been obtained.

Dated: October 18, 2018               */s/ Hajir Ardebili*
                                      HAJIR ARDEBILI

## **CERTIFICATE OF SERVICE**

1  
2   I hereby certify that on October 18, 2018 the within document was filed with the Clerk of the
3   Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.
4  
                                                                    */s/ Hajir Ardebili*
5                                                                   HAJIR ARDEBILI